IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID A. DANIELS,

        Plaintiff,

v.                                                  4:06cv248-WS

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,

        Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the Court is the Magistrate Judge's Report and Recommendation docketed November 21, 2006.  <u>See</u> Doc. 18.  The Magistrate Judge recommends that Defendant's Motion to Remand (doc. 17) be granted.  Plaintiff does not oppose the motion.

    Upon review of the entire record, this court has determined that the recommendation should be adopted.

    Accordingly, it is ORDERED:

    1.  The magistrate judge's report and recommendation (doc. 18) is adopted and incorporated by reference in this order of the court.

2.  The Commissioner's decision to deny Plaintiff's application for disability insurance benefits is REVERSED.

3.  The case shall be REMANDED to the Commissioner for rehearing pursuant to sentence four of 42 U.S.C. § 405(g).

4.  The clerk shall enter judgment accordingly.

DONE AND ORDERED this   18th   day of   December  , 2006.


                                s/ William Stafford                              
                                WILLIAM STAFFORD
                                SENIOR UNITED STATES DISTRICT JUDGE