UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID A. DANIELS,

       Plaintiff,

v.                                        4:06cv248-WS

LINDA S. McMAHON,
Commissioner of Social Security,

       Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation docketed January 29, 2007.  Doc. 35.  No objections to the Report and Recommendation have been filed.

The Court having reviewed the Report and Recommendation, it is ORDERED:

1.  Plaintiff's Motion for Attorney's Fees Under the Equal Access to Justice [Act] (doc. 21) is GRANTED in the amount of $3,245.00, the amount settled upon by the parties.  Defendant shall promptly pay Plaintiff $3,245.00.

2.  Plaintiff's Motion for Attorneys' Fees Under the Social Security Act, 42 U.S.C., Section 406(b) (doc. 22), is DENIED as premature.

3.  The Clerk shall close this file administratively, with the Court retaining jurisdiction to adjudicate a section 406(b0 fee upon a renewed motion.

DONE AND ORDERED this <u>  5th  </u> day of <u>   March   </u>, 2007.

<u>s/ William Stafford                                    </u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE